RAY H. ADAMS, ALFRED D. ADAMS, et al., as Executors of the Last Will and Testament of Joseph H. Adams, Deceased, v. THE HACKENSACK TRUST COMPANY, as Trustee for Henry P. Stoney.

22 So. (2nd) 396                         January Term, 1945
May 29, 1945                              Division A

*Walsh & Ellis* and *Alfred E. Sapp,* for appellants.

*C. C. Youmans,* for appellee.

PER CURIAM:

This is a companion case to that other case of Ray H. Adams, Alfred D. Adams, Alvah E. Davison and Charles W. Beeching, as Executors of the Last Will and Testament of Joseph E. Adams, deceased, appellants, v. The Hackensack Trust Company, as Trustee for Anna E. Ely, appellee, decided this date.

The decree is affirmed on authority of the opinion and judgement in that case.

So ordered.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.

### JERRY GOVAN v. STATE OF FLORIDA

22 So. (2nd) 465                         January Term, 1945
May 29, 1945                                En Banc

*Zack H. Douglas* and *J. C. Adkins,* for appellant.

*J. Tom Watson,* Attorney General, *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., TERRELL, BUFORD, THOMAS, ADAMS and SEBRING, JJ., concur.

BROWN, J., not participating.